IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENYATTA T. JAMES, | ) | 8:11CV185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. The above-captioned matter was provisionally filed on May 23, 2011. (Filing No. 1.) However, the Complaint cannot be further processed until certain technical defects are corrected. To assure further consideration of the Complaint, the plaintiff, Kenyatta T. James, must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE COMPLAINT.**

    To proceed with this matter, Kenyatta T. James must submit a signed request to proceed in forma pauperis and an affidavit of poverty in support thereof, or tender the $350.00 filing fee to the clerk of the court. If Kenyatta T. James chooses to submit a request to proceed in forma pauperis, the enclosed pauper's forms should be completed and returned to this court.

    IT IS THEREFORE ORDERED that:

    1.    Kenyatta T. James must submit a signed application to proceed in forma pauperis, or pay the $350.00 filing fee, on or before June 21, 2011.

    2.    Failure to comply with this Memorandum and Order will result in the dismissal of this matter without further notice.

    3.    The clerk of the court is directed to send Kenyatta T. James the Form

AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: June 21, 2011: Check for MIFP or payment.

Dated May 31, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge